UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 08-28147-JBS |
| Bertha Mines, | Honorable Jack B. Schmetterer |
|     Debtor. | Chapter 13 |

### ORDER WAIVING A REQUIREMENT OF THE FINAL PRE-TRIAL ORDER

At Chicago, Illinois, this 3rd day of December, 2008, before the Honorable Jack B. Schmetterer, Bankruptcy Judge, in the said District and Division.

This matter coming on for hearing upon the motion of GMAC, to modify the automatic stay of 11 U.S.C. §362; due notice being served on the parties in interest; the Court having jurisdiction and being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED that the requirement of the final pre-trial order, entered on December 22, 2008, that Lead Counsel for GMAC be a member of the Trial Bar for this District is waived.

ENTER:

_____
Bankruptcy Judge

James M. Philbrick
Attorney No. 6244743
Law Offices of James M. Philbrick P.C.
P.O. Box 351
Mundelein, Illinois   60060
847/949-5290
Fax: 847/949-5690